|  | IN THE DISTRICT COURT OF APPEAL |
|  | FIRST DISTRICT, STATE OF FLORIDA |

ANTONIO JOHNSON,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

          Appellant,

v.

CASE NO. 1D16-2332

JULIE L. JONES, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

          Appellee.

_____/

Opinion filed January 9, 2017.

An appeal from the Circuit Court for Jackson County.
William Wright, Judge.

Antonio Johnson, pro se, Appellant.

Pamela Bondi, Attorney General, Tallahassee; Kenneth Steely, General Counsel, Barbara Debelius, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

          AFFIRMED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.